# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Lunda Construction Company,

                    Plaintiff,                                    Civil 06-1276 (PAM/JSM

        v.                                              **ORDER OF DISMISSAL**

Metropolitan Airports Commission,

                    Defendant.

_____

        The court having been advised that the above case has been settled,

        **IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court

reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action,

for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: July ___27_____, 2006

                                        s/Paul A. Magnuson_____
                                        Paul A. Magnuson
                                        United States District Court Judge